FILED IN CHAMBERS
U.S.D.C. - Rome
FEB 27 2014
JAMES N. HATTEN, Clerk
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LEROY NOLAN,<br>BOP No. 44063-019,<br><br>     Movant,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br>     Respondent. | CRIMINAL ACTION NO.<br>1:93-CR-00121-RLV-JSA-@<br><br><br>CIVIL ACTION NO.<br>1:13-CV-3630-RLV-JSA<br><br>RULE 60(b)(4) MOTION |

### O R D E R

After carefully considering the report and recommendation of the magistrate judge, together with the objections thereto, the court adopts the report and recommendation as the opinion and order of this court.

SO ORDERED, this 27th day of February, 2014.

                        _____
                        ROBERT L. VINING, JR.
                        Senior United States District Judge